# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/7/18 | **Time:** 2:50pm-3:09pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 18-cv-01489-YGR | **Case Name:** IN RE INTEL CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | |

**Attorney for Plaintiff:** Steve Ray Wedeking, II
**Attorney for Defendant:** Robert L. Dell Angelo for Individual Defendants;
    Brian Lutz for Defendant Intel Corporation

**Deputy Clerk:** Frances Stone          **Court Reporter:** Diane Skillman

## PROCEEDINGS

Defendants' Motion to Dismiss [Dkt. No. 15]- HELD and SUBMITTED


Plaintiffs' Amended Complaint to be filed by 9/14/18
Defendants' Response filed 10/5/18.
Plaintiff's Opposition to any Motion to Dismiss filed 10/12/18.


**Order to be prepared by: Court**