# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH LIPOVICH,**<br>Plaintiff**,**<br>vs.<br>**BRIAN M. KRZANICH, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-01489-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br>Re: Dkt. No. 15 |

Defendants Brian M. Krzanich, Robert H. Swan, Andy D. Bryant, Aneel Bhusri, David B. Yoffie, David S. Pottruck, Reed E. Hundt, Charlene Barshefsky, Frank D. Yeary, Tsu-Jae King Liu, Omar Ishrak, Gregory D. Smith, and Andrew Wilson, and nominal defendant Intel Corporation (collectively, "defendants"), filed a motion to dismiss plaintiff Joseph Lipovich's Verified Stockholder Derivative Complaint (Dkt. No. 1) in its entirety. (Dkt. No. 15.) The matter came on for hearing on August 7, 2018. Having carefully considered the pleadings and the papers submitted on defendants' motion, the stipulation entered into between the parties and approved by Judge Jeffrey S. White on May 9, 2018 (Dkt. No. 29), and the hearing held on August 7, 2018, and as stated on the record on August 7, 2018, the Court **ORDERS** as follows:

The Court **GRANTS** defendants' motion with **LEAVE TO AMEND**. Plaintiffs Lipovich and Martin Salsberg must file their Amended Consolidated Complaint by no later than **September 14, 2018**. Defendants' response must be filed no later than **October 5, 2018**. Plaintiffs' opposition to any motion to dismiss is due on **October 12, 2018**, with any reply in support of said motion due on **October 19, 2018**.[1]

---

[1] As the Court stated on the record on August 7, 2018, the hearing on any motion to dismiss shall be set once the parties in the related case *In re Intel Corporation Securities Litigation*, 18-cv-00507-YGR stipulate to a new hearing date of either November 13 or 27, 2018 on any motion to dismiss filed in that matter.

1  This Order terminates Docket Number 15.

2  **IT IS SO ORDERED.**

4  Dated: August 8, 2018

   _____
   **YVONNE GONZALEZ ROGERS**
   **UNITED STATES DISTRICT COURT JUDGE**